IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| OHIO COAL ASSOCIATION; KENTUCKY COAL ASSOCIATION; NATIONAL MINING ASSOCIATION; NATIONAL STONE, SAND, AND GRAVEL ASSOCIATION; AND PORTLAND CEMENT ASSOCIATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:14-cv-2646 |
| v. | ) ) | Related case: 2:15-cv-448 |
| THOMAS E. PEREZ, SECRETARY OF LABOR, AND MINE SAFETY AND HEALTH ADMINISTRATION, | ) ) ) ) ) | Judge Graham  Magistrate Judge Preston Deavers |
| Defendants. | ) | |

## NOTICE

PLEASE TAKE NOTICE that the Federal Mine Safety and Health Review Commission ("the Commission") recently issued a decision in *Secretary of Labor, Mine Safety and Health Administration v. Brody Mining, LLC*, FMSHRC Docket No. WEVA 2014-82-R, et al. (Sept. 29, 2015 Comm.) (copy attached). In their memorandum in support of motion to dismiss in this action (Doc. 26), in footnote 12, Defendants noted that the *Brody* case was pending. The Commission has now concluded that the Administrative Law Judge ("ALJ") erred in dismissing the pattern-of-violations ("POV") notice, holding that the Secretary's definition of the term "pattern of violations" was reasonable and entitled to deference, and remanding the case to the ALJ for further proceedings.

Dated: October 1, 2015         Respectfully submitted,

                               BENJAMIN C. MIZER
                               Principal Deputy Assistant Attorney General

CARTER M. STEWART
United States Attorney

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

*/s/ Alice Shih LaCour*
ALICE SHIH LACOUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 514-3489|Fax: (202) 616-8470
alice.s.lacour@usdoj.gov

## Certificate of Service

I hereby certify that on October 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and notice was automatically sent to:

Scott Carroll: scott.carroll@jacksonlewis.com
Avi Meyerstein: avi.meyerstein@jacksonlewis.com
Henry Chajet: henry.chajet@jacksonlewis.com
Kimberly Bakota: kimberly.bakota@jacksonlewis.com
Mark Noah Savit: mark.savit@jacksonlewis.com

                                        Respectfully submitted,

                                        */s/ Alice Shih LaCour*
                                        ALICE SHIH LACOUR