IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| OHIO COAL ASSOCIATION; KENTUCKY COAL ASSOCIATION; NATIONAL MINING ASSOCIATION; NATIONAL STONE, SAND, AND GRAVEL ASSOCIATION; AND PORTLAND CEMENT ASSOCIATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:14-cv-2646 |
| v. | ) ) | Related case: 2:15-cv-448 |
| THOMAS E. PEREZ, SECRETARY OF LABOR, AND MINE SAFETY AND HEALTH ADMINISTRATION, | ) ) ) ) | Judge Graham<br><br>Magistrate Judge Preston Deavers |
| Defendants. | ) ) | |

## NOTICE

PLEASE TAKE NOTICE that Petitioner Brody Mining, LLC, filed a Motion to Withdraw Petition in *Brody Mining, LLC v. Secretary of Labor and Federal Mine Safety and Health Review Commission*, USCA Case #14-1171, Document #1581163 (D.C. Circuit) (copy attached). On November 2, 2015, the D.C. Circuit granted *Brody Mining*'s motion. *Id.* at Document #1581416 (copy attached). *Brody Mining* was referenced in Defendants' memorandum in support of motion to dismiss (Doc. 26-1) and the reply in support of the motion (Doc. 37). *See, e.g.*, Doc. 26-1 p. 7; Doc. 37 p. 7 n.10.

Dated: November 2, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARTER M. STEWART
United States Attorney

1

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

*/s/ Alice Shih LaCour*
ALICE SHIH LACOUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 514-3489|Fax: (202) 616-8470
alice.s.lacour@usdoj.gov

## Certificate of Service

I hereby certify that on November 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and notice was automatically sent to:

Scott Carroll: scott.carroll@jacksonlewis.com
Avi Meyerstein: avi.meyerstein@jacksonlewis.com
Henry Chajet: henry.chajet@jacksonlewis.com
Kimberly Bakota: kimberly.bakota@jacksonlewis.com
Mark Noah Savit: mark.savit@jacksonlewis.com

                                      Respectfully submitted,

                                      */s/ Alice Shih LaCour*
                                      ALICE SHIH LACOUR