IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| OHIO COAL ASSOCIATION; KENTUCKY COAL ASSOCIATION; NATIONAL MINING ASSOCIATION; NATIONAL STONE, SAND, AND GRAVEL ASSOCIATION; AND PORTLAND CEMENT ASSOCIATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:14-cv-2646 |
| v. | ) ) | Related case: 2:15-cv-448 |
| THOMAS E. PEREZ, SECRETARY OF LABOR, AND MINE SAFETY AND HEALTH ADMINISTRATION, | ) ) ) ) | Judge Graham<br><br>Magistrate Judge Preston Deavers |
| Defendants. | ) | |

**NOTICE OF DEFENDANTS' RESPONSE TO
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Ohio Coal, et al. have filed a Notice of Request for Judicial Notice, ECF No. 49 ("Request"). This Request is identical to a Notice of Request for Judicial Notice filed by plaintiffs in the related case, *Murray Energy Corporation, et al. v. Perez, et al.* Case No. 2:15-cv-448, ECF No. 26.

PLEASE TAKE NOTICE that Defendants Thomas E. Perez, Secretary of Labor, and Mine Safety and Health Administration (collectively "Defendants") filed a response to the Request in the related case *Murray Energy Corporation, et al. v. Perez, et al.* and have attached the response to this present filing. *See* Case No. 2:15-cv-448, ECF No. 27.

Dated: March 25, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

Carter M. Stewart
United States Attorney

Judry L. Subar
Assistant Director
Federal Programs Branch

*/s/ Alice Shih LaCour*
Alice Shih LaCour
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 514-3489|Fax: (202) 616-8470
alice.s.lacour@usdoj.gov

## Certificate of Service

I hereby certify that on March 25, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and notice was automatically sent to:

Scott Carroll: scott.carroll@jacksonlewis.com
Avi Meyerstein: avi.meyerstein@jacksonlewis.com
Henry Chajet: henry.chajet@jacksonlewis.com
Kimberly Bakota: kimberly.bakota@jacksonlewis.com
Mark Noah Savit: mark.savit@jacksonlewis.com

                                          Respectfully submitted,

                                          */s/ Alice Shih LaCour*
                                          ALICE SHIH LACOUR