*Ohio Coal Association, et al. v. Perez, et al.*

Case No. 2:14-cv-02646-JLG-EPD

*Murray Energy Corporation, et al. v. Perez, et al.*

Case No. 2:15-cv-448-JLG-EPD

**Index of Administrative Record**

| Number | Document Description | Administrative Record (AR) Numbering |
|---|---|---|
| **BACKGROUND DOCUMENTS** | | |
| BKG-1 | Disposition of Contested Citations CY 2006-2010 and Disposition of Days to Decision CY 2006-2010 | 00001-00011 |
| BKG-2 | Mines Receiving POV Notice 2007-2009, August 26, 2010. | 00012-00014 |
| BKG-3 | Pattern of Violations comment from the United Mine Workers of America (UMWA) in response to the notice published February 8, 1985, in the *Federal Register,* May 6, 1985. | 00015-00023 |
| BKG-4 | Pattern of Violations joint comments from the National Coal Association (NCA), Bituminous Coal Operators' Association (BCOA), and the American Mining Congress (AMC), August 30, 1989. | 00024-00044 |
| BKG-5 | Pattern of Violations comment on the proposed rule from the UMWA, August 31, 1989. | 00045-00052 |
| BKG-6 | Pattern of Violations post-hearing comment from the UMWA, December 21, 1989. | 00053-00061 |
| BKG-7 | Program Policy Manual, Vol. III, Part 104 Pattern of Violations, January 11, 2011. | 00062-00065 |
| BKG-8 | Transcript of the Public Hearings on the Proposed rule on Pattern of Violations held in Pittsburgh, Pennsylvania on November 1, 1989. | 00066-00143 |

| | | |
|---|---|---|
| BKG-9 | Transcript of the Public Hearings on the Proposed rule on Pattern of Violations held in Denver, Colorado on November 8, 1989. | 00144-00244 |
| BKG-10 | U.S. Department of Labor, Mine Safety and Health Administration (MSHA) (1980). Pattern of Violations, Proposed rule. *Federal Register* (45 FR 54656-54659, August 15, 1980). | 00245-00248 |
| BKG-11 | U.S. Department of Labor, MSHA (1985). Pattern of Violations, Withdrawal of proposed rule: Advance notice of proposed rulemaking. *Federal Register* (50 FR 5470-5471, February 8, 1985). | 00249-00252 |
| BKG-12 | U.S. Department of Labor, MSHA (1985). Pattern of Violations, Notice to extend period for public comments. *Federal Register* (50 FR 13617, April 5, 1985). | 00251 |
| BKG-13 | U.S. Department of Labor, MSHA (1989). Pattern of Violations, Proposed rule. *Federal Register* (54 FR 23156-23161, May 30, 1989). | 00252-00257 |
| BKG-14 | U.S. Department of Labor, MSHA (1989). Pattern of Violations, Proposed rule, notice of public hearings. "Rules of Practice for Petitions for Modification of Mandatory Safety Standards; Pattern of Violations; Public Hearings." *Federal Register* (54 FR 43028, October 19, 1989). | 00258-00261 |
| BKG-15 | U.S. Department of Labor, MSHA (1990). Pattern of Violations, Final Rule. *Federal Register* (55 FR 31128-31136, July 31, 1990). | 00262-00270 |
| BKG-16 | *Eagle Broadcasting Group v. Federal Communications Commission*, 563 F.3d 543 (D.C. Cir. 2009). | 00271-00281 |
| BKG-17 | *UMWA v. Andrus,* 581 F.2d 888 (D.C. Cir. 1978). | 00282-00290 |
| BKG-18 | *Secretary of Labor, MSHA v. Mathies Coal Company*, 6 FMSHRC 1 (1984). | 00291-00294 |

| BKG-19 | *National Mining Association v. Secretary of Labor*, MSHA, 589 F.3d 1368 (11th Cir. 2009). | 00295-00298 |
|---|---|---|
| BKG-20 | MSHA, Safe Performance Index. | 00299-00302 |
| BKG-21 | U.S. Department of Labor, Office of the Inspector General (OIG). "In 32 Years MSHA Has Never Successfully Exercised Its Pattern of Violations Authority" (Report No. 05-10-005-06-001), September 29, 2010. | 00303-00391 |
| BKG-22 | Memorandum from Joseph A. Main, Assistant Secretary for Mine Safety and Health, to Elliott P. Lewis, Assistant Inspector General for Audit, "Resolution Status of OIG Report No. 05-10-005-06-001, "In 32 Years MSHA Has Never Successfully Exercised Its Pattern of Violations Authority,"" February 16, 2011. | 00392-00397 |
| BKG-23 | B. Hintermann, A. Alberini, and A. Markandya (2010). "Estimating the Value of Safety with Labor Market Data: Are the Results Trustworthy?" *Applied Economics,* 42(9):1085-1100. | 00398-00413 |
| BKG-24 | C. Sunstein (2004). "Valuing Life: A Plea for Disaggregation." *Duke Law Journal*, 54 (November 2004): 385-445. | 00414-00474 |
| BKG-25 | W. Viscusi and J. Aldy (2003). "The Value of a Statistical Life: A Critical Review of Market Estimates Throughout the World." *Journal of Risk and Uncertainty,* 27: 5-76. | 00475-00546 |
| BKG-26 | Federal Mine Safety and Health Act of 1977 [Legislative History], 95th Congress, 1st Session, U.S. Senate Report No. 181 (May 161 1977), together with Minority Views [to accompany S. 717]. | 00547-00660 |

| | | |
|---|---|---|
| BKG-27 | U.S. Department of Labor, OIG. "Pattern of Significant and Substantial Violation Rate Extended Analysis" (Report No. 05-11-002-06-001), December 15, 2010. | 00661-00734 |
| BKG-28 | U.S. Bureau of Economic Analysis (2010). "National Income and Product Accounts Table: Table 1.1.9. Implicit Price Deflators for Gross Domestic Product" [Index numbers, 2005 = 100), May 27, 2010. | 00735 |
| BKG-29 | *Mackey v. Montrym*, 443 U.S. 1 (1979). | 00736-00748 |
| BKG-30 | *Center for Auto Safety, Inc. v. National Highway Traffic Safety Administration*, 342 F. Supp. 2d 1 (D.D.C. 2004) | 00749-00766 |
| BKG-31 | *Ewing v. Mytinger & Casselberry, Inc.*, 339 U.S. 594 (1950). | 00767-00773 |
| BKG-32 | *Panhandle Eastern Pipe Line Company v. Federal Energy Regulatory Commission*, 198 F.3d 266 (D.C. Cir. 1999) | 00774-00778 |
| **MSHA FEDERAL REGISTER NOTICES** | | |
| FR-1 | U.S. Department of Labor, MHSA. Pattern of Violations, Proposed Rule notice of close comment period. *Federal Register* (76 FR 5719, February 2, 2011). | 00779-00789 |
| FR-2 | U.S. Department of Labor, MSHA. Pattern of Violations, Proposed rule, extension of comment period. *Federal Register* (76 FR 18467, April 4, 2011). | 00790 |
| FR-3 | U.S. Department of Labor, MSHA. Examinations of Work Areas in Underground Coal Mines and Pattern of Violations; Proposed rule; notice of public hearings; notice of re-opening and close of comment period. *Federal Register* (76 FR 25277, May 4, 2011). | 00791-00792 |

| FR-4 | U.S. Department of Labor, MSHA. Examinations of Work Areas in Underground Coal Mines and Pattern of Violations; Proposed rule; notice of extension of comment period. *Federal Register* (76 FR 35801, June 20, 2011). | 00793-00794 |
|---|---|---|
| 2FR-1 | U.S. Department of Labor, MSHA. Pattern of Violations, Final Rule. Federal Register (78 FR 5056-5074, January 23, 2013). | 00795-00814 |
| **CORRESPONDENCE** | | |
| CORR-1 | Mr. Cline request for hearing, U.S. Department of Labor, MHSA, Office of Standards, Regulations and Variances (OSRV). Reply dated February 15, 2011 from April Nelson, Acting Director, to Mr. Cline regarding February 4, 2011 email to MHSA. | 00815 |
| CORR-2 | Appalachian Citizens' Law Center, Inc., request for public hearing dated May 10, 2011, from Wes Addington, Attorney at Law, to Joseph Main, Assistant Secretary of Labor, MHSA, June 5, 2011. | 00816 |
| CORR-3 | Incoming request from Edward M. Green, Counsel for Alpha Natural Resources, Inc., Crowell & Moring LLP, October 31, 2011. | 00817-00836 |
| CORR-4 | U.S. Department of Labor, MHSA, OSRV. Reply dated February 10, 2012, from Roslyn Fontaine, Acting Director, to Edwards M. Green, Counsel for Alpha Natural Resources, Inc., Crowell & Moring LLP, regarding letter dated October 31, 2011. | 00837 |
| **PAPERWORK PACKAGE** | | |
| PRA-1 | U.S. Department of Labor, MSHA (2013). Paperwork Reduction Act supporting Statement for RIN 1219-AB73, Information Collection Requirement Reference Number 201101-1219-008, January 14, 2013. | 00838-00847 |

| | | |
|---|---|---|
| PRA-2 | U.S. Department of Labor, MHSA (2013). Notice of Management and Budget Action for the Pattern of Violations Information Collection Requirement, February 8, 2013. | 00848-00849 |
| **COMMENTS** | | |
| COMM-1 | Scott Higdon, Safety Director, Standard Sand & Silica, Co., February 4, 2011. | 00850-00851 |
| COMM-2 | Gary W. Cline, February 4, 2011. | 00852 |
| COMM-3 | Don Ghost, USA Services Inc., February 7, 2011. | 00853 |
| COMM-4 | Jim Smiser, Alamo Cement, February 7, 2011. | 00854-00856 |
| COMM-5 | Mark A. Wilson, Vice President, Greer Industries, Inc., March 7, 2011. | 00857-00859 |
| COMM-6 | Mark Premo, President, Chevron Mining Inc., March 10, 2011. | 00860-00864 |
| COMM-7 | Mike Hampton, CSP, ARM, Regional Director, Safety & Health, Barrick Gold of North America, March 17, 2011. | 00865-00867 |
| COMM-8 | Robert Bak, Owner, Bob Bak Construction, March 17, 2011. | 00868 |
| COMM-9 | Anthony S. Bumbico, Vice President of Safety, Arch Coal, Inc., March 21, 2011. | 00869-00876 |
| COMM-10 | Debbie Shea. Executive Director, Montana Mining Association, March 22, 2011. | 00877-00878 |
| COMM-11 | Henry Chajet, Partner, Patton Boggs LLP, March 25, 2011. | 00879-00881 |
| COMM-12 | Andrew Siegmund, Siegmund Excavation & Construction, March 25, 2011. | 00882-00884 |

| COMM-13 | Mary McNatt, Chairperson, Oregon Independent Aggregate Association (OIAA), March 28, 2011. | 00885-00887 |
|---------|---------------------------------------------------------------------------------------------|-------------|
| COMM-14 | Randy Squires, Regional Manager, Safety Relations, Newmont USA Limited, March 29, 2011. | 00888-00892 |
| COMM-15 | Judy Rivlin, Associate General Counsel, UMWA, March 29, 2011. | 00893 |
| COMM-16 | Paura Patruno, EP Minerals, LLC, March 30, 2011. | 00894-00899 |
| COMM-17 | Brian Slobodow, US Silica, March 30, 211. | 00900 |
| COMM-18 | Randy Dossey, Four Corners Materials, March 30, 2011. | 00901 |
| COMM-19 | Bethany Brown, Georgetown University Law Center, March 30, 2011. | 00902-00904 |
| COMM-20 | Mark Ellis, President, Industrial Minerals Association-North America (IMA-NA), March 30, 2011. | 00905-00910 |
| COMM-21 | Ronald H. Gray, Executive Director, Kentucky Crushed Stone Association, April 1, 2011. | 00911-00914 |
| COMM-22 | Tom Ballou, Jr., Sherwin Alumina Company, April 1, 2011. | 00915 |
| COMM-23 | Cristopher, M. Hyle, April 1, 2011. | 00916 |
| COMM-24 | Randy Dossey, Four Corners Materials, April 1, 2011. | 00917 |
| COMM-25 | Mark. O. Eslinger, P.E., General Safety Manager, Five Star Mining, Inc., April 4, 2011. | 00918-00921 |
| COMM-26 | Jerry Davidson, Sons Construction Co. Inc., April 4, 2011. | 00922-00923 |
| COMM-27 | Steven C. Borell, P.E., Executive Director, Alaska Miners Association, Inc., April 4, 2011. | 00924-00926 |

| COMM-28 | Ben Godwin, April 4, 2011. | 00927 |
|---|---|---|
| COMM-29 | Bill Bissett, President, Kentucky Coal Association, April 4, 2011. | 00928-00930 |
| COMM-30 | David A. Gooch, President, Coal Operators & Associates, Inc., April 4, 2011. | 00931-00943 |
| COMM-31 | Tim Crowley, President Nevada Mining Association, April 4, 2011. | 00944-00945 |
| COMM-32 | Thomas Parker, President and CEO, U.S. Silver Corporation, April 5, 2011. | 00946-00950 |
| COMM-33 | Hunter L. Prillman, Director, Government Affairs, National Line Association, April 5, 2011. | 00951-00956 |
| COMM-34 | Thurman Holcomb, Arch Coal, April 5, 2011. | 00957-00958 |
| COMM-35 | Laura Skaer, Executive Director, Northwest Mining Association, April 5, 2011. | 00959-00968 |
| COMM-36 | Lori Roman, President and CEO, Active Minerals International, LLC, April 8, 2011. | 00969-00970 |
| COMM-37 | Dennis C. Parker, President and CEO, Active Minerals International, LLC, April 14, 2011. | 00971-00972 |
| COMM-38 | Sara E. Conn, Communications Coordinator, Active Minerals, LLC, April 14, 2011. | 00973-00974 |
| COMM-39 | Daniel Barnes, MIS Manager, Active Minerals International, LLC, April 14, 2011. | 00975-00976 |
| COMM-40 | Lauren E. Parker, HRIS/HR Administrator, Active Minerals International, LLC, April 14, 2011. | 00977-00978 |
| COMM-41 | Monte D. Trotter, Active Minerals International, LLC, April 14, 2011. | 00979-00980 |
| COMM-42 | Jennifer D. Markey, Active Minerals International, LLC, April 14, 2011. | 00981-00982 |

| COMM-43 | Randy C. Graham, Plant Accountant, Active Minerals International, LLC, April 14, 2011. | 00983-00984 |
| --- | --- | --- |
| COMM-44 | Steve J. VanDeventer, Operations Manager, Active Minerals International, LLC, April 14, 2011. | 00985-00986 |
| COMM-45 | Keith D. Mills, Chief Customer Officer, Active Minerals International, LLC, April 14, 2011. | 00987-00988 |
| COMM-46 | Karla J. McClintock, Executive Administrator, Active Minerals International, LLC, April 14, 2011. | 00989-00990 |
| COMM-47 | Donna S. Kidd, Logistics Manager, Active Minerals International, LLC, April 14, 2011. | 00991-00992 |
| COMM-48 | Roberto R. Valdes, Sales Manager Latin America, Active Minerals International, LLC, April 14, 2011. | 00993-00994 |
| COMM-49 | Ryan W. Ernest, Staff Engineer, Active Minerals International, LLC, April 14, 2011. | 00995-00996 |
| COMM-50 | Chris K. Harris, Plant Manager, Active Minerals International, LLC, April 14, 2011. | 00997-00998 |
| COMM-51 | Jeff. B. Carr, Business Development, Active Minerals International, LLC, April 14, 2011. | 00999-01001 |
| COMM-52 | Christina A. Sumner, Customer Service Representative, Active Minerals International, LLC, April 14, 2011. | 01002-01003 |
| COMM-53 | Sandra M. Howards, Logistics Coordinator/Operations Assistant, Active Minerals International, LLC, April 14, 2011. | 01004-01005 |
| COMM-54 | Lydia K. Bogar, HR and Operations Coordinator, Active Minerals International, LLC, April 14, 2011. | 01006-01007 |
| COMM-55 | Deon K. Dunbar, Customer Service, Active Minerals International, LLC, April 14, 2011. | 01008-01009 |

| COMM-56 | Dianne T. Sanford, Accounting Assistant, Active Minerals International, LLC, April 14, 2011. | 01010-01011 |
| COMM-57 | Nick John, Production/Process Manager, Active Minerals International-Attapulgite Division, LLC, April 14, 2011. | 01012 |
| COMM-58 | Chuck T. Pettit, General Manager, Active Minerals International, LLC, April 14, 2011. | 01013-01014 |
| COMM-59 | Charles R. Snow, Quality Manager/Process Supervisor, Active Minerals International, LLC, April 14, 2011. | 01015-01016 |
| COMM-60 | Richard C. Southerland, Senior Vice President, Engineering, Active Minerals International, LLC, April 14, 2011. | 01017-01018 |
| COMM-61 | Jack. H Whiteford, Senior Vice President, Global Business Development and Marketing, Active Minerals International, LLC, April 15, 2011. | 01019-01020 |
| COMM-62 | Charles W. Cunard, Corporate Safety Manager, Active Minerals International, LLC, April 15, 2011. | 01021-01022 |
| COMM-63 | Linda Raisovich Parsons, Deputy Administrator, Occupational Health and Safety, UMWA, April 15, 2011. | 01023-01034 |
| COMM-64 | Anthony J. Urbanek, President, Tigard Sand & Gravel LLC, April 15, 2011. | 01035-01037 |
| COMM-65 | Thomas Harman, Regulatory Affairs, and Robert Hirsch, Esquire Regulatory Affairs, Portland Cement Association, April 18, 2011. | 01038-01048 |
| COMM-66 | Wes Addington, Attorney at Law, and Tony Oppegard, Attorney at Law, Appalachian Citizens' Law Center, April 18, 2011. | 01049-01052 |
| COMM-67 | John T. Heard, Legislative Counsel, Virginia Coal Association, Inc., April 18, 2011. | 01053-01064 |

| COMM-68 | Steven A. Handlos Jr., Operations Manager, Active Minerals International, LLC, April 18, 2011. | 01065-01066 |
|---|---|---|
| COMM-69 | Mike J. Spadarotto, Active Minerals International, LLC, April 18, 2011. | 01067-01068 |
| COMM-70 | Diane R. McSwain, Accounting and HR Assistant, Active Minerals International, LLC, April 18, 2011. | 01069-01070 |
| COMM-71 | Jeffery T. Arthur, Active Minerals International, LLC, April 18, 2011. | 01071-01072 |
| COMM-72 | Tommie L. Thomas, Production Supervisor, Active Minerals International, LLC, April 18, 2011. | 01073-01074 |
| COMM-73 | Bruce Watzman, Senior Vice President, Regulatory Affairs, National Mining Association (NMA), April 18, 2011. | 01075-01099 |
| COMM-74 | Edward M. Green and Daniel W. Wolff, Crowell & Moring LLP, April 18, 2011. | 01100-01118 |
| COMM-75 | Darryl C. Hill, Ph.D., CSP, President, American Society of Safety Engineers, April 18, 2011. | 01119-01123 |
| COMM-76 | Kenneth W. Davis, Quality Manager, Active Minerals International, LLC, April 18, 2011. | 01124-01125 |
| COMM-77 | Allison E. Long, Active Minerals International, LLC, April 18, 2011. | 01126-01127 |
| COMM-78 | Roberta A. Reed, CSP, QEP, April 19, 2011. | 01128-01129 |
| COMM-79 | Joseph Casper, Vice President of Safety, National Stone Sand & Gravel Association (NSSGA), April 19, 2011. | 01130-01133 |
| COMM-80 | Robert J. Purcell Jr., Senior Vice President Sales and Business Development, Active Minerals International, LLC, May 4, 2011. | 01134 |
| COMM-81 | Morton Satin, Salt Institute, May 10, 2011. | 01135-01138 |

| COMM-82 | Representative George Miller, Senior Democratic Member, Committee on Education & the Workforce, U.S. House of Representatives, June 23, 2011. | 01139-01145 |
| --- | --- | --- |
| COMM-83 | Marion Loomis, Executive Director, Wyoming Mining Association, July 1, 2011. | 01146-01150 |
| COMM-84 | Thomas Harman. Director of Regulatory Affairs and Robert A. Hirsch, Director, Regulatory Affairs, Portland Cement Association, July 28, 2011. | 01151-01155 |
| COMM-85 | Joseph Casper, Vice President of Safety, National Stone Sand & Gravel Association (NSSGA), July 29, 2011. | 01156-01157 |
| COMM-86 | Mike Crum, SCP, FMS Health and Safety; Fred von Ahrens, Resident Manager, FMC Corporation; Ron Hughes, Senior Vice President, Site Manager, Solvay Chemicals; Randy Pitts, Plant Manager, TaTa Chemicals; and Mike Hohn, Site Manager, OCI Wyoming, July 29, 2011. | 01158-01162 |
| COMM-87 | Edward M. Green, Crowell & Moring LLP, August 1, 2011. | 01163-01167 |
| **LATE COMMENTS** | | |
| LATE – COMM-1 | Chris Hamilton, West Virginia Coal Association, August 3, 2011. | 01168-01173 |
| LATE- COMM-2 | Douglas Larch, August 15, 2011. | 01174 |
| **PUBLIC HEARINGS** | | |
| **Denver, Colorado – Public Hearing, June 2, 2011** | | |
| PH-1 | Transcript of Proceedings for Pattern of Violations Public Hearing, Denver, CO, June 2, 2011. | 01175-01279 |
| PH-1A | Request to Speak and Sign-In-Sheets for Pattern of Violations Public Hearing, Denver, CO, June 2, 2011. | 01280-01282 |

| | | |
|---|---|---|
| PH-1B | Hearing Submission, Mike Crum, Safety Team Leader, FMC Corporation, FMC Westvaco Mine; Chairman of the Mining Awareness Resource Group, Pattern of Violations Public Hearing, Denver, CO, June 2, 2011. | 01283-01287 |
| PH-1C | Hearing Submission, Matthew Pedersen-Howard, Director of Health and Safety, Rio Tinto Minerals, Pattern of Violations Public Hearing, Denver, CO, June 2, 2011. | 01288-01291 |
| PH-1D | Hearing Submission, Tim McCreary, Safety Manager, Thunder Basin Coal Company, Pattern of Violations Public Hearing, Denver, CO, June 2, 2011. | 01292-01295 |
| **Charleston, West Virginia – Public Hearing, June 7, 2011** | | |
| PH-2 | Transcript of Proceedings for Pattern of Violations Hearing, Charleston, WV, June 7, 2011. | 01296-01350 |
| PH-2A | Request to Speak and Sign-In-Sheets for Pattern of Violations Public Hearing, Charleston, WV, June 7, 2011. | 01351-01352 |
| PH-2B | Hearing Submission, John Gallick, Alpha Natural Resources, Pattern of Violations Public Hearing, Charleston, WV. June 7, 2011. | 01353-01355 |
| PH-2C | Hearing Submission, Brian Lacey, UMWA, Pattern of Violations Public Hearing, Charleston, WV, June 7, 2011. | 01356-01357 |
| **Birmingham, Alabama – Public Hearing, June 9, 2011** | | |
| PH-3 | Transcript of Proceedings for Pattern of Violations Public Hearing, Birmingham, AL, June 9, 2011. | 01358-01411 |
| PH-3A | Request to Speak and Sign-In-Sheets for Pattern of Violations Public Hearing, Birmingham, AL, June 9, 2011. | 01412-01413 |

| | | |
|---|---|---|
| PH-3B | Hearing Submission, Truman Chidsey, Director of Corporate Safety Services, Vulcan Materials Company, Patterns of Violation Public Hearing, Birmingham, AL, June 9, 2011. | 01414-01416 |
| **Arlington, Virginia – Public Hearing, June 15, 2011** | | |
| PH-4 | Transcript of Proceedings for Pattern of Violations Public Hearing, Arlington, VA, June 15, 2011. | 01417-01451 |
| PH-4A | Request to Speak and Sign-In-Sheets for Pattern of Violations Public Hearing, Arlington, VA, June 15, 2011. | 01452-01453 |
| PH-4B | Heating Submission, Joseph Casper, Vice President of Safety, National Stone, Sand, & Gravel Association, Patterson of Violations Public Hearing, Arlington, VA, June 15, 2011. | 01454-01457 |
| PH-4C | Hearing Submission, Linda Raisovich-Parsons, UMWA, Pattern of Violations Public Hearing, Arlington, VA, June 15, 2011. | 01458-01461 |
| **Hazard, Kentucky – Public Hearing, July 12, 2011** | | |
| PH-5 | Transcript of Proceedings for Pattern of Violations Public Hearing, Hazard, KY, July 12, 2011. | 01462-01513 |
| PH-5A | Request to Speak and Sign-In-Sheets for Pattern of Violations Public Hearing, Hazard, KY, July 12, 2011. | 01514-01515 |