UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OHIO COAL ASSOCIATION,** *et al.***,**

    **Plaintiffs,**

    v.

                        **Civil Action 2:14-cv-2646**
                        **Judge James L. Graham**
                        **Magistrate Judge Elizabeth P. Deavers**

**SECRETARY OF LABOR***, et al.***,**

    **Defendants.**

---

**MURRAY ENERGY CORPORATION,** *et al.***,**

    **Plaintiffs,**

    v.

                        **Civil Action 2:15-cv-448**
                        **Judge James L. Graham**
                        **Magistrate Judge Elizabeth P. Deavers**

**MINE AND SAFETY AND HEALTH ADMINISTRATION** *et al.***,**

    **Defendants.**

## **ORDER**

The parties' Joint Motion for Stay of Litigation Pending Settlement Discussions, seeking a 120-day stay of the case schedule deadlines in order to engage in settlement negotiations, is **GRANTED** for good cause shown. (Case No. 2:14-cv-2646, ECF No. 77; Case No. 2:15-cv-448, ECF No. 51.) Accordingly, this action is **STAYED** until **SEPTEMBER 9, 2017**. If parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE SEPTEMBER 9, 2017**, they are **DIRECTED** to file a written **REPORT** detailing the status of this case.

In addition, the Motion of Thomas M. Connor to Withdraw John E. Jevecky as Attorney of Record for Plaintiffs and to Substitute as Lead Trial Attorney is **GRANTED**.  (Case No. 2:15-cv-448, ECF No. 52.)  The Clerk is therefore directed to terminate John E. Jevecky as counsel of record, and to identify Thomas M. Connor as lead counsel.

**IT IS SO ORDERED.**

Date: May 9, 2017                                     /s/ *Norah McCann King*
                                              NORAH MCCANN KING
                                              UNITED STATES MAGISTRATE JUDGE