IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **OHIO COAL ASSOCIATION, et al.,** | : | Case No.: 2:14-cv-2646 |
| | : | |
| and | : | Related Case No.: 2:15-cv-448 |
| | : | |
| **MURRAY ENERGY CORPORATION, et al.,** | : | JUDGE JAMES L. GRAHAM |
| | : | |
| | : | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **R. ALEXANDER ACOSTA,**[1] **SECRETARY OF LABOR, and THE MINE SAFETY AND HEALTH ADMINISTRATION,** | : | **JOINT STATUS REPORT OF THE PARTIES** |
| | : | |
| Defendants. | : | |

By order of the Court (ECF No. 80), the parties hereby present their joint status report.

1. On May 9, 2017, this Court entered an Order staying the proceedings in this case for 120 days to allow the parties to pursue settlement discussions. That Stay was extended on September 8, 2017 in an order that required a joint report of the parties be filed by December 8, 2017 if the matter had not been dismissed.

2. During the pendency of the stay, the parties convened a series of regularly scheduled settlement conferences via telephone, attended by counsel for all parties and, in most instances, representatives of the parties in both of the related cases. Counsel for the parties have also communicated via e-mail and telephone throughout the pendency of the stay to exchange information and discuss the parties' respective positions.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), R. Alexander Acosta, in his official capacity as Secretary of Labor, has been substituted for Thomas E. Perez.

3. On October 19, 2017 the parties conducted an in-person conference between counsel and party representatives at MSHA headquarters in Arlington, VA for the purpose of exploring potential settlement terms.

3. Plaintiffs have made a detailed proposal to MSHA and the parties continue to discuss potential terms of settlement and continue to evaluate whether a mutually agreeable negotiated resolution is possible.

4. To facilitate these ongoing discussions, the parties respectfully request an extension of the current stay for an additional 90 days.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

BENJAMIN GLASSMAN
United States Attorney

*s/ Kari E. D'Ottavio, by s/ Vladimir P. Belo, per authorization*
KARI E. D'OTTAVIO
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*

*s/ Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

Henry Chajet (Pro Hac Vice)
Avi Meyerstein (Pro Hac Vice)
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile: (202) 378-2319
Email: henry.chajet@huschblackwell.com
Email: avi.meyerstein@huschblackwell.com

*Attorneys for Plaintiffs in Case No.* 2:14-cv-2646

*s/ Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl LLP

       191 West Nationwide Blvd, Suite 300
       Columbus, Ohio 43215
       Telephone: (614) 628-6935
       Facsimile: (614) 628-6880
       vladimir.belo@dinsmore.com

       Thomas M. Connor (0082462)
       Sarah B. Cameron (0091319)
       Dinsmore & Shohl, LLP
       255 East Fifth Street, Suite 1900
       Cincinnati, Ohio 45202
       Telephone: (513) 977-8301
       Facsimile: (513) 977-8141
       thomas.connor@dinsmore.com
       sarah.cameron@dinsmore.com

       *Attorneys for Plaintiffs in*
       *Case No. 2:15-cv-448*

### **Certificate of Service**

A true and accurate copy of the foregoing was electronically filed on December 8, 2017, via the Court's ECF filing system, which automatically serves notice on counsel of record in this action.

       *s/ Vladimir P. Belo*
       Vladimir P. Belo
       (OH 0071334)