UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OHIO COAL ASSOCIATION,** *et al.***,**

    Plaintiffs,

v.

**SECRETARY OF LABOR*, et al.*,**

    Defendants.

Civil Action 2:14-cv-2646
Judge James L. Graham
Magistrate Judge Elizabeth P. Deavers

---

**MURRAY ENERGY CORPORATION,** *et al.***,**

    Plaintiffs,

v.

**MINE AND SAFETY AND HEALTH ADMINISTRATION** *et al.*,

    Defendants.

Civil Action 2:15-cv-448
Judge James L. Graham
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court for a status conference on December 19, 2017.  The parties indicate that they are engaged in settlement negotiations.   Plaintiffs have made a detailed proposal to MSHA and the parties continue to discuss potential terms of settlement and continue to evaluate whether a mutually agreeable negotiated resolution is possible.  To facilitate these discussions, the parties request an extension of the current stay for an additional 90 days.

The parties' request is well taken.  The stay in the action is **EXTENDED** to

**MARCH 9, 2018**.[1]  If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE MARCH 9, 2018** they are **DIRECTED** to file a joint written **REPORT** detailing the status of this case.

        **IT IS SO ORDERED.**


**Date:  January 16, 2018**         __s/ *Elizabeth A. Preston Deavers*__
                                        **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court orally granted the stay during the conference but inadvertently failed to memorialize it in a written order.