UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OHIO COAL ASSOCIATION,** *et al.*,

    **Plaintiffs,**

    v.

    **Civil Action 2:14-cv-2646**
    **Judge James L. Graham**
    **Magistrate Judge Elizabeth P. Deavers**

**SECRETARY OF LABOR,** *et al.*,

    **Defendants.**

---

**MURRAY ENERGY CORPORATION,** *et al.*,

    **Plaintiffs,**

    v.

    **Civil Action 2:15-cv-448**
    **Judge James L. Graham**
    **Magistrate Judge Elizabeth P. Deavers**

**MINE AND SAFETY AND HEALTH ADMINISTRATION** *et al.*,

    **Defendants.**

## **ORDER**

The parties report that since the Court continued the stay on March 12, 2018 (Case No. 2:14-cv-2646, ECF No. 85; Case No. 2:15-cv-448, ECF No. 60), they have discussed the terms of settlement and continue to evaluate whether a mutually agreeable negotiated resolution is possible. (Case No. 2:14-cv-2646, ECF No. 86; Case No. 2:15-cv-448, ECF No. 61.)   The parties represent that in December 2017, Plaintiffs made a detailed proposal to the Mine and Safety and Health Administration ("MSHA") and that MSHA provided a responsive proposal on April 20, 2018. (*Id*.)   The parties believe that additional discussions will assist in either narrowing the remaining

differences or determining whether the parties have reached impasse on key issues.  (*Id*.)  The parties therefore ask for an extension of the current stay for an additional 90 days.  (*Id*.)

The parties' request is well taken.  The stay in this action is **EXTENDED** to **SEPTEMBER 10, 2018**.  If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE SEPTEMBER 10, 2018,** they are **DIRECTED** to file a joint written **REPORT** detailing the status of this case.

**IT IS SO ORDERED.**

Date: June 11, 2018                              /s/ *Elizabeth A. Preston Deavers*
                                                          ELIZABETH A. PRESTON DEAVERS
                                                          UNITED STATES MAGISTRATE JUDGE