**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **OHIO COAL ASSOCIATION,** *et al.***,** | : | Case No.: 2:14-cv-2646 |
| | : | |
| **and** | : | Related Case No.: 2:15-cv-448 |
| | : | |
| **MURRAY ENERGY CORPORATION,** *et al.***,** | : | JUDGE JAMES L. GRAHAM |
| | : | |
| | : | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **EUGENE SCALIA, SECRETARY OF LABOR, and** | : | **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |
| **THE MINE SAFETY AND HEALTH ADMINISTRATION,** | : | |
| | : | |
| Defendants. | : | |

Pursuant to Local Civil Rule 83.4(d), please take notice that Kari E. D'Ottavio hereby withdraws her appearance as counsel of record for Defendants in this matter. Co-counsel Lisa Marcus will remain as counsel of record for Defendants.

Dated:  August 25, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

s/ *Kari E. D'Ottavio*
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

1

2

        Tel: (202) 305-0568
        Email: kari.e.d'ottavio@usdoj.gov

        s/ *Lisa Zeidner Marcus*
        LISA ZEIDNER MARCUS
        Senior Counsel
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        700 Grant St., Suite 4000
        Pittsburgh, PA 15217
        Tel: (202) 514-3336
        Email: lisa.marcus@usdoj.gov

        *Counsel for Defendants*